John C. Reed, for plaintiffs in error.

Harper & Bro. ; Foster & Lamar ; Frank H. Miller, for defendants·

---

Jackson. *vs.* Lewis.

CERTIORARI, FROM WASHINGTON. Constitution Law. Appeal. Justices and Justice Courts. (Before Judge Carswell.)

Jackson, C. J.—By the Constitution of 1877 and the acts passed in pursuance thereof, there may be an appeal from the decision of a justice in a justice's court to a jury therein in all cases within the jurisdiction of the court, to-wit, one hundred dollars. Code, §5153, 4157,(a),(b), Acts 1882-3, p. 95; 69 Ga., 843; 70 Id., 523, 726.

(a) Semble that, under the Constitution of 1877, the appeal lay as well on the law as on the facts; but it is unnecessary to decide that point in this case, there being issues of fact on this appeal, to-wit, the plea of the general issue, as well as the plea in abatement, involving, on the former especially, facts as well as law.

Judgment reversed.

J. A. Robson, by Harrison & Peeples, for plaintiff in error.

No appearance for defendant.